MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Laurie Ann Reese and John Andrew Reese
Chapter 7 Case No.  09-46301

Please Check One:
__ Unclaimed Dividends

X_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Excel Denistry<br>8001 Highway 7, Ste. 100<br>St. Louis Park, MN  55426 | 7 | $38.32 | $1.86 |
|  |  |  |  |

DATE: May 5, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179

